AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

BERNARD ORETEKOR,

    Petitioner,

          **V.**

WARDEN, FOLKSTON ICE PROCESSING FACILITY,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  5:25-cv-111

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's December 1, 2025 Order, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court.  Therefore, Petitioner's  28 U.S.C. § 2241 petition is dismissed without prejudice based on his failure to comply with the Court's Order and Local Rules.  Additionally, Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____

    HON. LISA GODBEY WOOD, JUDGE
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA

December 1, 2025
*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020